JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| ABIGAIL MAYA, | Case No. 5:23-cv-01760-FMO-JPR |
| Plaintiff, | **ORDER RE: STIPULATION [14] OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SCOTT AND ASSOCIATES, PC, | |
| Defendant. | |

Plaintiff, ABIGAIL MAYA, and Defendant, SCOTT AND ASSOCIATES, PC, having filed with this Stipulation for Dismissal with prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action SCOTT AND ASSOCIATES, PC, is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated:  November 30, 2023

_____ /s/

HON. FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE

1